**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

LUIS ESCOBAR,                                                          PLAINTIFF
ADC # 117679

v.                                4:12-cv-00023-BSM-JJV

J. CROSS, Corporal, Wrightsville Unit,
Arkansas Department of Correction; *et al*.                 DEFENDANTS

**<u>ORDER</u>**

       1.       Service is appropriate for Defendants J. Cross, Smiley, and Lipscomb.

       2.       The Clerk of the Court shall prepare Summons for Defendants.

       3.       The United States Marshal is directed to serve a copy of the Complaint (Doc. No. 2) and Summons on Defendants without prepayment of fees and costs or security therefore.

       SO ORDERED this <u>12th</u> day of June, 2012.

                                                                                   JOE J. VOLPE
                                                                                   UNITED STATES MAGISTRATE JUDGE