# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

LUIS ESCOBAR,　　　　　　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF
ADC # 117679

v.　　　　　　　　　　　　　　4:12-cv-00023-BSM-JJV

J. CROSS, Corporal, Wrightsville Unit,
Arkansas Department of Correction; *et al*.　　　　　　　　　　　　　DEFENDANTS

## **ORDER**

1. Service is appropriate for Defendants J. Cross, Smiley, and Lipscomb.

2. The Clerk of the Court shall prepare Summons for Defendants.

3. The United States Marshal is directed to serve a copy of the Complaint (Doc. No. 2) and Summons on Defendants without prepayment of fees and costs or security therefore.

SO ORDERED this 12th day of June, 2012.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE