## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**LUIS ESCOBAR, ADC # 117679**                                                                 **PLAINTIFF**

**v.**                        **CASE NO. 4:12CV00023 BSM-JJV**

**J. CROSS, Corporal, Wrightsville Unit,**
**Arkansas Department of Correction et al.**                                                   **DEFENDANTS**

## ORDER

The proposed findings and recommended partial disposition submitted by United States Magistrate Judge Joe J. Volpe have been reviewed. No objections were filed. After carefully considering this document and making a *de novo* review of the record, it is concluded that the proposed findings and recommended partial disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1. Plaintiff's claims for monetary damages from defendants in their official capacities are DISMISSED as barred by the doctrine of sovereign immunity.

2. Plaintiff fails to state a claim against Capt. Foot, and he is DISMISSED as a defendant in this action.

IT IS SO ORDERED this 9th day of July 2012.

_____
UNITED STATES DISTRICT JUDGE