**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

LUIS ESTUARDO ESCOBAR,                                                                              PLAINTIFF
ADC # 117679

v.                                            4:12CV00023 JJV

J. CROSS, Corporal, Wrightsville Unit,
Arkansas Department of Correction; *et al*.                                                       DEFENDANTS

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

DATED this <u>27th</u> day of February, 2013.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE